ZACHARY N. MOOR, MA # 681469
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Fax: (202) 514-0097
Phone: (202) 514-4185
Email: zachary.moor@usdoj.gov
*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>) Case No: 3:22-cv-00059-JWS |
| NORTH SLOPE BOROUGH, | )<br>) |
| Defendant. | )<br>) |
| THE STATE OF ALASKA, | )<br>) |
| Non-Aligned Party,<br>Joined Pursuant to<br>33 U.S.C. § 1319(e) | )<br>)<br>)<br>) |

**NOTICE OF LODGING**
**PROPOSED CONSENT DECREE**

Plaintiff United States has lodged with the Court a proposed settlement for this matter in the form of a proposed Consent Decree (Exhibit A hereto). The proposed Consent Decree and its appendices would, if entered by the Court, resolve the claims brought by the United States on behalf of the U.S. Environmental Protection Agency against the North Slope Borough.

United States v. North Slope Borough
Case No. 3:22-cv-00059-JWS

1

In accordance with 28 C.F.R. § 50.7, the United States must publish a notice in the Federal Register that the settlement has been lodged with the Court. For a period of sixty (60) days from the date of such publication, the public will have the opportunity to submit comments relating to the proposed Consent Decree. After the close of the public comment period, the United States will evaluate any comments received and will move for entry of the settlement, unless the comments disclose facts or considerations which indicate that the proposed Decree is inappropriate, improper, or inadequate. Accordingly, the United States respectfully requests that the Court not sign and enter the Consent Decree until such time as the United States files a motion for entry of the Decree.

Dated: March 16, 2022

Respectfully Submitted,

FOR THE UNITED STATES

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Zachary N. Moor
ZACHARY N. MOOR (MA # 681469)
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Tel: (202) 514-4185
Email: zachary.moor@usdoj.gov

# CERTIFICATE OF SERVICE

I, Zachary N. Moor, hereby certify that on March 16, 2022, I caused the foregoing Notice of Lodging of Proposed Consent Decree to be served electronically and by first class mail upon counsel for North Slope Borough and the State of Alaska listed below:

/s/ Zachary N. Moor
ZACHARY N. MOOR
Trial Attorney
U.S. Department of Justice

Brian Stibitz
Reeves Amodio LLC
500 L Street, Suite 300
Anchorage, AK 99501

Jennifer Currie
Chief Assistant Attorney General
Environmental Section Supervisor
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501-1994